IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:06-M-134M |
| vs. | ) | |
| | ) | |
| ALEX EVERS RODRIGUEZ | ) | |

**MOTION TO UNSEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and moves to unseal the arrest warrant and related documents in the above-listed case. Defendant is incarcerated in the Commonwealth of Massachusetts and unsealing the above-listed documents is necessary in order to lodge a detainer against him.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov

SO ORDERED:

DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE DATE: ____________________