135258

AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED

DEC 04 2006

US MARSHALS
RHODE ISLAND

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

ALEX EVERS RODRIGUEZ

**WARRANT FOR ARREST**

Case Number: 1:06-M-134M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Alex Evers Rodriguez
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Access Device Fraud, in violation of 18 USC Sec. 1029; Identification Fraud, in violation of 18 USC Sec. 1028(a)(7); Mail Fraud, in violation of 18 USC Sec. 1341; and Fictitious Obligations, in violation of 18 USC Sec. 514(a)(2)

in violation of Title 18 United States Code, Section(s) 1029, 1028(a)(7), 1341, and 514(a)(2)

DAVID L. MARTIN
Name of Issuing Officer

David L. Martin
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Providence, RI
Date and Location

## RETURN

This warrant was received and ~~executed with the arrest of the above-named defendant at~~ Returned unexecuted. Superceding warrant received.

| DATE RECEIVED 12/04/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER S Wyant |
|---|---|---|
| DATE OF ARREST | | |